IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA                                          RESPONDENT

VS.                                    CIVIL ACTION NO. 1:05cv21-DCB-JCS
                                           CRIMINAL NO. 1:03cr13-DCB

MELVIN EUGENE WILLARD                                              PETITIONER

<u>ORDER</u>

This cause is before the Court <u>sua sponte</u>, pursuant to Rule 4(b) of the Rules Governing § 2255 Proceedings, and having reviewed the petitioner's motion, the Court finds that a response to the motion by the government is required. Accordingly,

IT IS HEREBY ORDERED that the United States Attorney shall file an answer to the petitioner's motion under 28 U.S.C. § 2255 to vacate, set aside or correct his sentence in criminal action no. 1:03cr13, within thirty (30) days from the date of entry of this Order.

SO ORDERED, this the  7th  day of February, 2006.


                                    s/David Bramlette
                              UNITED STATES DISTRICT JUDGE