IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA                                      RESPONDENT

VS.                                      CIVIL ACTION NO. 1:05cv21-DCB-JCS
                                             CRIMINAL NO. 1:03cr13-DCB

MELVIN EUGENE WILLARD                                          PETITIONER

## FINAL JUDGMENT

This matter came before the Court on Melvin Eugene Willard's Motion to Set Aside, Correct and Reverse Waiver to Contest the Conviction and or Sentence Also Culpability Enhancement of Sentence under Title 28 § 2255 [**docket entry no. 1** in Civil Action No. 1:05cv21].  The Court dismissed the petition/motion in a separate Order.  Accordingly,

IT IS HEREBY ORDERED AND ADJUDGED that this civil action is dismissed with prejudice.

SO ORDERED AND ADJUDGED, this the 20th day of April, 2006.


                                        S/DAVID BRAMLETTE
                                        UNITED STATES DISTRICT JUDGE